United States Court of Appeals
Fifth Circuit

**F I L E D**

April 13, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
————————————————

No. 05-10032
————————————————

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

             v.

DAVID CANO-HERNANDEZ

                    Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Northern District of Texas, Amarillo
2:04-CR-57-ALL
----------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that the joint motion of the parties to vacate

the sentence is GRANTED.

    IT IS FURTHER ORDERED that the joint motion of the parties

to remand the case to the United States District Court for the

Northern District of Texas, for the Amarillo Division for

resentencing is GRANTED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.